THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS M. GALLAGHER, Appellant.

Argued June 4, 1942; decided July 29, 1942.

*David F. Price, George W. Martin* and *Montague Casper* for appellant.

*Edward J. Neary, District Attorney* (*Philip Huntington* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. RIPPEY, J., dissents on the ground that there was error in the charge.